1  Mark A. Neubauer (SBN 73728)
   Rebecca Edelson (SBN 150464)
2  STEPTOE & JOHNSON LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, California 90067-5052
   Telephone: (310) 734-3200
4  Facsimile:(310) 734-3300
5  Email:   mneubauer@steptoe.com
   Email:   redelson@steptoe.com
6
7  Attorneys for DePUY ORTHOPAEDICS, INC., and
   JOHNSON & JOHNSON SERVICES, INC.
8

# UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROB BEHRENS<br><br>Plaintiff,<br><br>vs.<br><br>DePUY ORTHOPAEDICS, INC., and JOHNSON & JOHNSON SERVICES, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02389-JAM-GGH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Assigned to the Honorable John A. Mendez<br><br>Date:   February 6, 2013<br>Time:  1:30 p.m.<br>Place:  Courtroom 6<br><br>Notice of Removal filed: 9/19/12<br>Pretrial Conference: Not Set<br>Trial Date: Not Set |

1  Defendants DePuy Orthopaedics, Inc. and Johnson & Johnson Services,
2  Inc.'s Motion to Dismiss Complaint, Or In The Alternative, Transfer Venue, and
3  all moving, opposition and reply papers and any oral argument having been
4  considered, and good cause appearing therefor, IT IS HEREBY ORDERED that
5  **Defendants' Motion to Transfer Venue** is GRANTED as follows:
6  The Court finds that the following venue is in the interests of justice and
7  orders that this action shall be transferred to the United States District Court for the
8  District of New Jersey under 28 U.S.C. § 1404(a), a district that the Court finds
9  this action could have been filed in.
10  The Court's clerk is directed to transfer the Court's file on this action to the
11  clerk of the the District of New Jersey so that the transfer of the action can be
12  accomplished.
13  **Defendants' Motion to Dismiss** is DENIED.  IT IS SO ORDERED.
14
15  Dated: 2/20/2013          /s/ John A. Mendez_____
16                            JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE
17  APPROVED AS TO FORM:
18
19  FLESHER BROOM AND McKAGUE LLP
    Brett L. McKague, Esq.
20  Erica L. Rosasco, Esq.
    Julia A. Gahagan, Esq.
21  Jeremiah J. Harvey, Esq

22  By:   /s/ Erica L. Rosasco_____
23  Attorneys for Plaintiff Rob Behrens

24  STEPTOE & JOHNSON LLP
25  Mark A. Neubauer
    Rebecca Edelson
26
27  By:   /s/ Mark A. Neubauer_____
    Attorneys for Defendants DePUY ORTHOPAEDICS, INC., and
28  JOHNSON & JOHNSON SERVICES, INC.

1